JOSEPHINE BARBERIO, as Administratrix, etc., of JOSEPH BARBERIO,

Deceased, Respondent, v. HERMAN J. BRANDELES, Appellant.— Judgment and order affirmed, with costs. All concur.